Christopher M. Brainard, Esq. (SBN 199444)
468 North Camden Drive, 2nd Floor
Beverly Hills, California 90210
Telephone: (310) 266-4115
Facsimile: (866) 222-1870

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS SCADUTO, MAI ASAKA, CHRISTIE SAVAGE, KEN GENSER, CATHERINE SNEDAKER, ART CARLOW, JANICE CARLOW, MICHAEL BERK, NEREUS DASTUR, NADIA DASTUR, SUSAN LA BASSIERE, DWAYNE HOWARD, BERNARD C. WESSON, BRYNA SKURO, NATHALIE ZEIDMAN, KEVIN KAVEH ZAL, BEVERLY FIFIELD, RICHARD D. KAYE, SHARON WONG, RISA FREEMAN; individually and behalf of the GENERAL PUBLIC, Plaintiffs, vs. ROUHOLLAH ESMAILZADEH, EMAN ESMAILZADEH, ARASH ESMAILZADEH, ASHKAN ESMAILZADEH, ROSARIO PERRY, OR KHAIM HASHALOM, and Does 1-10 inclusive, Defendants. | CASE NO.: CV 07-04069 GW AJWx<br><br>Hon. George H. Wu<br><br>[~~PROPOSED~~]<br><br>ORDER GRANTING PRELIMINARY INJUNCTION<br><br>Courtroom: 10 |

**ORDER GRANTING PRELIMINARY INJUNCTION**

- 1 -

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court after having reviewed all documents submitted by the parties and having heard argument on August 6, 2007, at 8:30 AM, in Courtroom 10, does hereby grant Plaintiffs' Application for Preliminary Injunction and ORDERS:

1) That Defendants are barred from evicting Plaintiffs pursuant to the Ellis Act or for any reason until further Order of Court.

Dated: Aug. 10, 2007

George H. Wu
United States District Judge

ORDER GRANTING PRELIMINARY INJUNCTION
- 2 -

## PROOF OF SERVICE

I, Christopher Brainard, declare as follows: I am employed in the County of Los Angeles, California where this telecopy and mailing will occur; I am over the age of eighteen (18) years and not a party to the action; my business address is 468 North Camden Drive, 2nd Floor, Beverly Hills, California, 90210. I am readily familiar with the business practice for collection and processing of mail with the United States Postal Service, and the fact that the correspondence will be deposited with the United States Postal Service that same day in the ordinary course of business.

On **August 10, 2007** I served the forgoing document(s) described as:

**PROPOSED**

**ORDER GRANTING PRELIMINARY INJUNCTION**

**BY FAX, EMAIL, AND MAIL PER AGREEMENT BETWEEN COUNSEL (12:00 PM):**

David Shapiro, Esq.
Lynda J. Kim, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
Tel: 213.250.1800   Fax: 213.250.7900

I certify and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: August 10, 2007

Christopher M. Brainard, Esq.
Attorney for Plaintiffs