UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 0 8 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LOUIS SCADUTO; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>ROUHOLLAH ESMAILZADEH; et al.,<br><br>Defendants - Appellants. | No. 07-56385<br><br>D.C. No. CV-07-04069-GW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 1 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

The court will initiate a further assessment conference by telephone on **January 17, 2008, at 1:00 p.m. PACIFIC (San Francisco) Time.**

The briefing schedule previously set by the court is amended as follows: appellants shall file an opening brief on or before March 26, 2008; appellees shall file an answering brief on or before April 25, 2008; appellants may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

FOR THE COURT

*[signature]*

Stephen Liacouras
Circuit Mediator